381 A.2d 906

Flowers Appeal.

 Argued September 14, 1977. Carl E. Singley, for appellants; D. Mullins, with him Alice Tuohy O'Shea, for appellee, Terrence Flowers; Mary Rose Cunningham, Assistant City Solicitor, with her Sheldon L. Albert, City Solicitor, for appellee, Dept. of Public Welfare.

Order affirmed.

381 A.2d 907

Freund v. James et al., Appellants.

Argued September 16, 1977. Melvin Brookman, with him Barry S. Yaches, for appellants; Jay Meyers, for appellee.

Appeal quashed.